UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Justin Sanjurjo      Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __JUSTIN SANJURJO__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

✓    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

s/Justin Sanjurjo, by the Court, with permission
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Justin Sanjurjo
Print Defendant's Name

Defendant's Counsel's Signature

Christopher Flood
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

06/12/2020
Date

U.S. District Judge/U.S. Magistrate Judge
Hon. Debra Freeman, U.S.M.J.